**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CR. NO. 1:17-10092-STA |
| ) | |
| KRYSTLE SHEALS, ) | |
| ) | |
| Defendant. ) | |

---

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

---

This cause came to be heard on March 5, 2018, Assistant United States Attorney, Matt Wilson, appearing for the Government and the defendant, Krystle Sheals, appearing in person, and with counsel, Lee Gerald.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 11 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **MONDAY, SEPTEMBER 24, 2018 at 9:00 A.M., before Chief S. Thomas Anderson.**

Defendant to remain released on current bond.

**ENTERED** this the 5th day of March, 2018.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT