UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                         Cr. No. 17-10092-STA

KRYSTLE SHEALS

        Defendant.

---

**ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SENTENCING AND NOTICE OF RESETTING**

---

This cause came on upon the motion of the Defendant to continue the Sentencing Hearing set on Friday, September 28, 2018 at 10:15 am. For good cause shown, the Court hereby grants the Defendant's motion. This matter is hereby reset for Sentencing on the **8th day of January, 2018 at 10:00a.m.**

**IT IS SO ORDERED** this 10th day of September, 2018.

                                        s/S. Thomas Anderson
                                        **S. THOMAS ANDERSON**
                                        **CHIEF JUDGE, U.S. DISTRICT COURT**