IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 18-mc-0006-STA |
| | ) | Cr. No. 17-10092-STA |
| KRYSTLE SHEALS, | ) | |
| Defendant. | ) | |

ORDER GRANTING MOTION TO WITHDRAW MOTION and
ORDER CANCELLING HEARING

Counsel for the defendant has filed, in the instant case, a Motion to Withdraw Motion for Rule 17 Subpoenas (DE #9). The original motion for subpoenas had been filed *ex parte* in the related criminal case, #17-10092, *United States of America v. Krystle Sheals*.

For good cause shown, the motion is GRANTED and the Motion to Withdraw Motion for Rule 17 Subpoenas is WITHDRAWN.

The hearing currently set for November 9, 2018, is therefore rendered moot and is CANCELLED.

IT IS SO ORDERED.

s/ S. Thomas Anderson
CHIEF UNITED STATES DISTRICT JUDGE

Date: November 8, 2018