IN THE UNITED STATES DISTRICT COURT
                      FOR THE WESTERN DISTRICT OF TENNESSEE
                                 EASTERN DIVISION

_____

UNITED STATES OF AMERICA,       )
                                )
         Plaintiff,             )
                                )
VS.                             )        CR. NO. 1:17-10092-STA
                                )
KRYSTLE SHEALS,                 )
                                )
         Defendant.             )
_____

                           ORDER ON CHANGE OF PLEA
                            AND NOTICE OF SETTING
_____

　　　　This cause came to be heard on November 20, 2018, Assistant United States Attorney, Matt Wilson, appearing for the Government and the defendant, Krystle Sheals, appearing in person, and with counsel, Lee Gerald.

　　　　With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered an Alford plea as to Count 6 of the Indictment.

　　　　A basis in fact having been established, the Court accepted the Alford plea.

　　　　**SENTENCING** in this case is **SET** for **FRIDAY, FEBRUARY 22, 2019 at 10:00 A.M., before Chief S. Thomas Anderson.**

　　　　Defendant is to remain released on present bond.

　　　　**ENTERED** this the 20th day of November, 2018.

                                          s/ S. Thomas Anderson
                                         CHIEF JUDGE, U. S. DISTRICT COURT