UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                      Cr. No. 17-10092-STA

KRYSTLE SHEALS,

        Defendant.

---

## ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SENTENCING AND NOTICE OF RESETTING

---

This cause came on upon the motion of the Defendant to continue the Sentencing Hearing set on Friday, February 22, 2019 at 10:00 am. For good cause shown, the Court hereby grants the Defendant's motion. This matter is hereby reset for Sentencing on the 26th day of March, 2019.

**IT IS SO ORDERED** this 20th day of February, 2019.

                                              s/S. Thomas Anderson
                                              **S. THOMAS ANDERSON**
                                              **CHIEF JUDGE, U.S. DISTRICT COURT**